1   MICHAEL D. BRUNO  (SBN:  166805)
    MARCIE ISOM FITZSIMMONS  (SBN:  226906)
2   GORDON & REES LLP
    275 Battery Street, Suite 2000
3   San Francisco, CA 94111
    Telephone:  (415) 986-5900
4   Facsimile:  (415) 986-8054

5   Attorneys for Defendant
    WELLS FARGO & COMPANY SHORT TERM DISABILITY PLAN
6
7   JAMES P. KEENLEY (SBN: 253106)
    EMILY A. BOLT (SBN: 253109)
8   BOLT KEENLEY – ATTORNEYS AT LAW
    1010 Grayson Street, Suite 2
    Berkeley, CA 94710
9   Telephone: (510) 225-0696
    Facsimile: (510) 225-1095
10
    Attorneys for Plaintiff
11  GARY ORTEGA

12                  UNITED STATES DISTRICT COURT

13                  NORTHERN OF CALIFORNIA

14

15  GARY ORTEGA                    )   CASE NO.  C13-2866 JSW
                                   )
16                                 )
                       Plaintiff,  )   **STIPULATION AND [PROPOSED]**
17                                 )   **ORDER FOR SHORT**
                                   )   **CONTINUANCE OF CASE**
18       vs.                       )   **MANAGEMENT CONFERENCE**
                                   )
19                                 )
    WELLS FARGO & COMPANY SHORT    )   Date: September 27, 2013
20  TERM DISBAILITY PLAN           )   Time: 1:30 pm
                                   )   Location: Courtroom 11, 19th Floor
21                                 )
                       Defendant.  )
22  _____    )

23       The parties by and through their attorneys of record hereby stipulate as follows:

24       1.      Defendant's counsel has a scheduling conflict on the date for the current

25  September 27, 2013 case management conference.  Defendant's counsel has two clients who will

26  be flying in town from the East Coast for an important meeting that could only be scheduled on

27  September 27.

28

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

2.      Therefore, the parties stipulate to and request a continuance of the September 27, 2013 case management conference.  The parties request that the date be moved to either October 4 or October 11, 2013.  In the alternative, Defendant's counsel requests permission to have another attorney from its firm who is not the trial counsel in this case attend the settlement conference on September 27.


Dated:  September 13, 2013                    GORDON & REES LLP


                                              By:    /s/ Marcie Isom Fitzsimmons
                                                     Marcie Isom Fitzsimmons
                                                     Attorney for Defendant



Dated:  September 13, 2013                    BOLT KEENLEY – ATTORNEYS AT LAW


                                              By:    /s/ James P. Keenley
                                                     James P. Keenley
                                                     Attorney for Plaintiff



The case management conference set for September 27, 2013 at 1:30 p.m. is hereby continued to October 11, 2013 at 1:30 p.m.
_____ (date) at _____ (time).

IT IS SO ORDERED.


 Dated:  September 23, 2013          _____

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111