MICHAEL D. BRUNO (SBN: 166805)
MARCIE ISOM FITZSIMMONS (SBN: 226906)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
WELLS FARGO & COMPANY SHORT TERM DISABILITY PLAN

JAMES P. KEENLEY (SBN: 253106)
EMILY A. BOLT (SBN: 253109)
BOLT KEENLEY – ATTORNEYS AT LAW
1010 Grayson Street, Suite 2
Berkeley, CA 94710
Telephone: (510) 225-0696
Facsimile: (510) 225-1095

Attorneys for Plaintiff
GARY ORTEGA

# UNITED STATES DISTRICT COURT

## NORTHERN OF CALIFORNIA

| | |
|---|---|
| GARY ORTEGA | CASE NO. C13-2866 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR SHORT CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| vs. | |
| WELLS FARGO & COMPANY SHORT TERM DISBAILITY PLAN | Date: September 27, 2013<br>Time: 1:30 pm<br>Location: Courtroom 11, 19th Floor |
| Defendant. | |

The parties by and through their attorneys of record hereby stipulate as follows:

1. Defendant's counsel has a scheduling conflict on the date for the current September 27, 2013 case management conference. Defendant's counsel has two clients who will be flying in town from the East Coast for an important meeting that could only be scheduled on September 27.

-1-

Stipulation and [Proposed] Order

2. Therefore, the parties stipulate to and request a continuance of the September 27, 2013 case management conference. The parties request that the date be moved to either October 4 or October 11, 2013. In the alternative, Defendant's counsel requests permission to have another attorney from its firm who is not the trial counsel in this case attend the settlement conference on September 27.

Dated: September 13, 2013　　　　　　　　GORDON & REES LLP

By: */s/ Marcie Isom Fitzsimmons*
　　　Marcie Isom Fitzsimmons
　　　Attorney for Defendant

Dated: September 13, 2013　　　　　　　　BOLT KEENLEY – ATTORNEYS AT LAW

By: /s/ James P. Keenley
　　　James P. Keenley
　　　Attorney for Plaintiff

The case management conference set for September 27, 2013 at 1:30 p.m. is hereby continued to October 11, 2013 at 1:30 p.m. ____ (date) at ____ (time).

IT IS SO ORDERED.

Dated: September 23, 2013　　　　　　　　_Jeffrey S. White_

-2-
Stipulation and [Proposed] Order

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1090129/16877883v.1