IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GARY ORTEGA,

    Plaintiff,

v.

WELLS FARGO & COMPANY SHORT TERM DISABILITY PLAN,

    Defendant.

No. C 13-02866 JSW

**ORDER REGARDING MOTION FOR SUMMARY JUDGMENT**

Defendant filed a motion for summary judgment and noticed it to be heard on December 13, 2013. On November 8, 2013, Plaintiff filed a notice of settlement and represented that the parties anticipate filing a stipulated request for dismissal within thirty days. The Court HEREBY DIRECTS Defendant, by no later than November 22, 2013, to either file a notice of withdraw its motion for summary judgment or file a stipulation to continue the hearing, as well as the deadlines to file an opposition and reply.

**IT IS SO ORDERED.**

Dated: November 15, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE