1   MICHAEL D. BRUNO  (SBN:  166805)
    MARCIE ISOM FITZSIMMONS  (SBN:  226906)
2   GORDON & REES LLP
    275 Battery Street, Suite 2000
3   San Francisco, CA 94111
    Telephone:  (415) 986-5900
4   Facsimile:  (415) 986-8054

5   Attorneys for Defendant
    WELLS FARGO & COMPANY SHORT TERM DISABILITY PLAN
6
    JAMES P. KEENLEY (SBN: 253106)
7   EMILY A. BOLT (SBN: 253109)
    BOLT KEENLEY – ATTORNEYS AT LAW
8   1010 Grayson Street, Suite 2
    Berkeley, CA 94710
9   Telephone: (510) 225-0696
    Facsimile: (510) 225-1095
10
    Attorneys for Plaintiff
11  GARY ORTEGA

12

13              UNITED STATES DISTRICT COURT

14              NORTHERN OF CALIFORNIA

15

16  GARY ORTEGA                          )   CASE NO.  C13-2866-JSW
                                         )
17                                       )
                    Plaintiff,           )   STIPULATION TO CONTINUE
18                                       )   DEFENDANT'S MOTION FOR
                                         )   SUMMARY JUDGMENT
19       vs.                             )
                                         )
20                                       )
    WELLS FARGO & COMPANY SHORT TERM     )
21  DISABILITY PLAN                      )
                                         )
22                                       )
                    Defendant.           )
23  ─────────────────────────────────────)

24

25

26

27

28

-1-

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, hereby stipulate as follows and request the following relief from the Court:

    (1) Plaintiff agrees to Defendants' request to continue the hearing on its Motion for Summary Judgment currently set for December 13, 2013 to January 31, 2014 or as soon thereafter as the Court may hear it.

    (2) Plaintiff's opposition to the motion and Defendant's reply shall be continued accordingly as well.

    (3) The parties anticipate that the case will be dismissed prior to the new hearing date and are continuing this motion only in an abundance of caution.

    Respectfully submitted,

Dated:  November 18, 2013           GORDON & REES LLP

                          By:   */s/ Marcie Isom Fitzsimmons*
                                 Marcie Isom Fitzsimmons
                                 Attorney for Defendant

Dated:  November 18, 2013           BOLT KEENLEY – ATTORNEYS AT LAW

                          By:   */s/ James P. Keenley*
                                 James P. Keenley
                                 Attorney for Plaintiff

Pursuant to the parties stipulation, the Court HEREBY CONTINUES the hearing date to February 21, 2014.  If the parties have not dismissed the case before then, Plaintiff's opposition shall be filed by ~~IT IS SO ORDERED.~~ no later than January 10, 2014 and Defendant's opposition shall be filed by no later than January 17, 201~~4~~.  IT IS SO ORDERED.

DATED:  December 2, 2013

*Jeffrey S White*

Hon. Jeffrey White
United States District Judge

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1090129/17437830v.1

-2-