MICHAEL D. BRUNO (SBN: 166805)
MARCIE ISOM FITZSIMMONS (SBN: 226906)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
WELLS FARGO & COMPANY SHORT TERM DISABILITY PLAN

JAMES P. KEENLEY (SBN: 253106)
EMILY A. BOLT (SBN: 253109)
BOLT KEENLEY – ATTORNEYS AT LAW
1010 Grayson Street, Suite 2
Berkeley, CA 94710
Telephone: (510) 225-0696
Facsimile: (510) 225-1095

Attorneys for Plaintiff
GARY ORTEGA

UNITED STATES DISTRICT COURT

NORTHERN OF CALIFORNIA

| | |
|---|---|
| GARY ORTEGA<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY SHORT TERM DISABILITY PLAN<br><br>　　　　　Defendant. | CASE NO. C13-2866-JSW<br><br>STIPULATION TO CONTINUE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

-1-
Stipulation and [Proposed] Order to Continue Motion for Summary Judgment

THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, hereby stipulate as follows and request the following relief from the Court:

(1) Plaintiff agrees to Defendants' request to continue the hearing on its Motion for Summary Judgment currently set for December 13, 2013 to January 31, 2014 or as soon thereafter as the Court may hear it.

(2) Plaintiff's opposition to the motion and Defendant's reply shall be continued accordingly as well.

(3) The parties anticipate that the case will be dismissed prior to the new hearing date and are continuing this motion only in an abundance of caution.

Respectfully submitted,

Dated: November 18, 2013                GORDON & REES LLP

                                        By:  */s/ Marcie Isom Fitzsimmons*
                                             Marcie Isom Fitzsimmons
                                             Attorney for Defendant


Dated: November 18, 2013                BOLT KEENLEY – ATTORNEYS AT LAW

                                        By:  */s/ James P. Keenley*
                                             James P. Keenley
                                             Attorney for Plaintiff

Pursuant to the parties stipulation, the Court HEREBY CONTINUES the hearing date to February 21, 2014. If the parties have not dismissed the case before then, Plaintiff's opposition shall be filed by ~~IT IS SO ORDERED.~~ no later than January 10, 2014 and Defendant's opposition shall be filed by no later than January 17, 201~~3~~4. IT IS SO ORDERED.

DATED: December 2, 2013

                                        _____
                                        Hon. Jeffrey White
                                        United States District Judge