James P. Keenley (State Bar No. 253106)
Emily A. Bolt (State Bar No. 253109)
BOLT · KEENLEY - ATTORNEYS AT LAW
1010 Grayson Street, Suite Two
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

MICHAEL D. BRUNO (SBN: 166805)
MARCIE ISOM FITZSIMMONS (SBN: 226906)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
WELLS FARGO & COMPANY SHORT TERM DISABILITY PLAN

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| Gary ORTEGA,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY SHORT TERM DISABILITY PLAN<br><br>    Defendant. | CASE NO. C13-2866 (JSW)<br><br>**STIPULATION TO DISMISS WITH PREJUDICE; [PROPOSED] ORDER DISMISSING CASE** |

Following settlement of this matter, Plaintiff Gary ORTEGA and Defendant WELLS FARGO & COMPANY SHORT TERM DISABILITY PLAN, by and through their respective counsel of record, hereby stipulate that this action shall be dismissed with prejudice, each party to bear its own costs, expenses, and attorneys' fees.

CASE NO. C13-02866 (JSW)                           1

1  IT IS SO STIPULATED.

2

3  Dated:  December 3, 2013					GORDON & REES LLP

4

5							By:	/s/
								Marcie Isom Fitzsimmons
6								Attorney for Defendant

7

8

9  Dated:  December 3, 2013					BOLT KEENLEY – ATTORNEYS AT LAW

10

11							By:	/s/
								James P. Keenley
12								Attorney for Plaintiff

CASE NO. C13-02866 (JSW)				2

1 **[PROPOSED]** ORDER GRANTING STIPULATION TO DISMISS

Having reviewed the submission of the Parties and, good cause showing, the Court hereby GRANTS the Stipulation to Dismiss with Prejudice, each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated: December 5, 2013

_____
Hon. Jeffrey S. White
United States District Judge

CASE NO. C13-02866 (JSW)                              3