James P. Keenley (State Bar No. 253106)
Emily A. Bolt (State Bar No. 253109)
BOLT · KEENLEY - ATTORNEYS AT LAW
1010 Grayson Street, Suite Two
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

MICHAEL D. BRUNO (SBN: 166805)
MARCIE ISOM FITZSIMMONS (SBN: 226906)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
WELLS FARGO & COMPANY SHORT TERM DISABILITY PLAN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| Gary ORTEGA, | CASE NO. C13-2866 (JSW) |
| Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE; [PROPOSED] ORDER DISMISSING CASE** |
| v. | |
| WELLS FARGO & COMPANY SHORT TERM DISABILITY PLAN | |
| Defendant. | |

Following settlement of this matter, Plaintiff Gary ORTEGA and Defendant WELLS FARGO & COMPANY SHORT TERM DISABILITY PLAN, by and through their respective counsel of record, hereby stipulate that this action shall be dismissed with prejudice, each party to bear its own costs, expenses, and attorneys' fees.

CASE NO. C13-02866 (JSW)          1

IT IS SO STIPULATED.

Dated: December 3, 2013               GORDON & REES LLP


                                      By:  /s/
                                         Marcie Isom Fitzsimmons
                                         Attorney for Defendant



Dated: December 3, 2013               BOLT KEENLEY – ATTORNEYS AT LAW


                                      By:  /s/
                                         James P. Keenley
                                         Attorney for Plaintiff

CASE NO. C13-02866 (JSW)                          2

**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS**

Having reviewed the submission of the Parties and, good cause showing, the Court hereby GRANTS the Stipulation to Dismiss with Prejudice, each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated: December 5, 2013

*Jeffrey S. White*
Hon. Jeffrey S. White
United States District Judge